C-13-16(FTP)
(Rev. 6/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-80051 C-13D |
| Nekki K. Wicks | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING SALE OF REAL PROPERTY**

On July 8, 2010, a hearing was held on Motion by the Debtor for permission to sell property known as 203 Falling Leaf Dr., Raeford, NC ("the real property"). At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor, and Richard M. Hutson II, Standing Trustee appeared. No other party appeared or objected to the Motion. The Court, after considering the Motion in this case and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

1. The Motion of the Debtor for permission to sell the real property to Zachary M. Coluccio (Purchaser) pursuant to the terms as stated in the Motion is granted.

2. The Debtor is authorized to execute any and all documents necessary to consummate the transfer, pay all outstanding liens, judgment liens, deeds of trust and other encumbrances of record, sales commissions, ad valorem taxes (pre-petition and post-petition) and other customary selling expenses from the sales proceeds.

3. The closing agent or attorney shall forward any net proceeds payable to the Debtor over $18,500.00 to the Trustee for application upon the Debtor's plan, together with a copy of the final signed HUD settlement statement or other settlement statement to the Chapter 13 Office, attn: Anne Covington, P.O. Box 3613, Durham, NC 27702.

4. John T. Orcutt, Esq. is allowed the presumptive fee of $350.00 for services rendered in the filing of this Motion which shall be paid through the Debtor's plan.

5. The stay under Rule 6004(g) of the Federal Rules of Bankruptcy Procedure is not applicable to the provisions of the Order.

<u>**PARTIES IN INTEREST**</u>
**Page 1 of 1**
**09-80051 C-13D**

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**